■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM RILEY, Appellant. [929 NYS2d 856]—

The court properly denied defendant's request for a missing witness charge. Defendant did not establish that the uncalled witness could have been expected to provide material and noncumulative testimony (*see e.g. People v Arnold*, 48 AD3d 239, 240-241 [2008], *lv denied* 10 NY3d 859 [2008]). Furthermore, the witness was, at most, a casual acquaintance of the victim; accordingly, the witness was not in the People's control for purposes of such an instruction (*see e.g. People v Nieves*, 294 AD2d 152 [2002], *lv denied* 98 NY2d 700 [2002]).

We perceive no basis for reducing the sentence. Concur—Andrias, J.P., Sweeny, Moskowitz, Richter and Román, JJ.